UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 12-CIV-22874-DLG

D/S NORDEN A/S,

    Plaintiff,

v.

IOF PTE, LTD, BHATIA INTERNATIONAL PTE LTD, BHATIA INTERNATIONAL LTD., FLEETMAR SHIPPING COMPANY LIMITED, GURU CORPORATION LIMITED, INDORE CORPORATION LIMITED, PATRIOTIC SERVICES INCORPORATED, GREGARIOUS ESTATE INCORPORATED, and JOHN DOE CORPORATIONS 1-10,

    Defendants.
_____/

## SMS' ANSWER TO PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Ship Management Services, Inc., ("SMS"), by and through its undersigned counsel hereby responds to the Process of Maritime Attachment and Garnishment served by Plaintiff D/S NORDEN A/S as follows:

1.    SMS did not have possession, custody or control over any property of any defendant named in the Complaint on the date of service of the writ.

2.    SMS does not presently have possession, custody or control over any property of any defendant named in the Complaint.

CASE NO. 12-CIV-22874-DLG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Respectfully submitted,**

**McALPIN CONROY, P.A.**
80 S.W. 8TH Street, Suite 2805
Miami, Florida 33130
Telephone: (305) 810-5400
Facsimile: (305) 810-5401


By:   *s:/Richard J. McAlpin*
RICHARD J. McALPIN
Florida Bar No. 438420
RMcAlpin@McAlpinConroy.com
CRAIG P. LISZT
Florida Bar No. 63414
CLiszt@McAlpinConroy.com

CASE NO. 12-CIV-22874-DLG

## SERVICE LIST

Richard D. Rusak, Esq.
Brais & Associates, P.A.
New World Tower
100 North Biscayne Blvd.
Suite 800
Miami, FL 33132
Via CM/ECF