```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
             Case No. 12-22874-CIV-GRAHAM
```

D/S NORDEN A/S,

    Plaintiff,

vs.

IOF PTE. LTD, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court <u>sua</u> <u>sponte</u>.

Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, that if a defendant is not served within 120 days after the complaint is filed, the Court must dismiss the action without prejudice. <u>See</u> Fed. R. Civ. P. 4(m). The Complaint in this case [D.E. 1] was filed on August 7, 2012. To date, however, there is no evidence that Plaintiff has properly served the Complaint. Therefore, pursuant to Federal Rule of Civil Procedure 4(m), this action is dismissed without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2013.

                                            <u>s/ Donald L. Graham</u>
                                            Donald L. Graham
                                            UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record